**Douglas R. BOESE, Plaintiff–Appellant,**

v.

**Bill SLAUGHTER, Director MDOC; et al., Defendants–Appellees.**

No. 07–35313.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 6, 2009.

Douglas R. Boese, Deer Lodge, MT, pro se.

Valerie D. Wilson, Esq., Department of Corrections, Helena, MT, David M. McLean, Esq., Browning Kaleczyc Berry & Hoven, Missoula, MT, for Defendants–Appellees.

Before BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Montana state prisoner Douglas R. Boese appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Boese failed to create a triable issue of fact as to whether defendants were deliberately indifferent to his medical needs. *See id.* at 1054, 1057–58.

The district court did not abuse its discretion in denying Boese's motion to compel discovery because he did not demonstrate that additional discovery would have precluded summary judgment. *See Cornwell v. Electra Cent. Credit Union*, 439 F.3d 1018, 1026 (9th Cir.2006).

Boese's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

